UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                            **JS-6**

Case No.   8:17cv02276 DDP                          Date: August 8, 2024

Title      _BRIAN KEITH BRIM v. UNITED STATES OF AMERICA_


Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE


| Catherine Jeang | Not Present |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings:        (IN CHAMBERS)**

Case should have been closed on entry of this Court's Minute Order [36] filed on March 8, 2021.  Make JS-6.


|  | 00:00 |
|:---:|:---:|
| **Initials of Preparer** | CMJ |